UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WYNDHAM RESORT DEVELOPMENT CORPORATION and WYNDHAM VACATION RESORTS, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> ROBERT BINGHAM, <br><br> Defendant. | CASE NO. 2:10-cv-01556-GEB-KJM <br><br> **ORDER GRANTING PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER** |

Plaintiffs filed a motion for a temporary restraining order on June 22, 2010. A hearing was set for June 28, 2010 at 1:30 p.m. and a briefing schedule established. Defendant was given the opportunity to file an opposition by June 24, 2010 at 1:00 p.m. Plaintiffs represent that they personally served Defendant with their motion for a temporary restraining order as well as the Court's minute order setting the hearing and briefing schedule. Defendant, however, did not file a response. Therefore, the hearing scheduled for June 28, 2010 at 1:30 p.m. is VACATED and Plaintiffs' motion for a temporary restraining order is GRANTED.

IT IS HEREBY ORDERED:

1. Defendant Robert Bingham, his agents, servants, employees and attorneys, and all those in active concert or participating with him, is hereby prohibited from disclosing or using any and all trade secret, proprietary or confidential information belonging to plaintiffs Wyndham Resort Development Corporation dba WorldMark by Wyndham and Wyndham Vacation Resorts, Inc. (collectively "Wyndham") or known to him by virtue of his employment with Wyndham, including but not limited to all lists of, and information pertaining to, Wyndham's customers, owners or members.

2. The temporary restraining order is effective upon the filing of a bond in the amount of $ 10,000 by Plaintiffs. The below schedule for the preliminary injunction is based on the understanding that the bond will be filed on or before June 28, 2010, the date on which the TRO becomes effective if the bond is filed as stated.

3. A hearing on Plaintiffs' motion for a preliminary injunction will be held in Courtroom 10 of this Court on July 8, 2010 at 1:30 p.m. Defendant shall file its responsive papers no later than June 30, 2010 at 4:30 p.m. Plaintiffs shall file any reply no later than July 6, 2010 at 4:30 p.m.

4. Affected parties may apply to this Court for modification or dissolution of this Order on two (2) days notice or such shorter notice as the Court may allow as provided for under Local Rule 65-231 and FRCP 65(b).

Dated June 25, 2010.

GARLAND E. BURRELL, JR.
United States District Judge