IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WYNDHAM RESORT DEVELOPMENT, et al.,

    Plaintiffs,    No. CIV S-10-1556 GEB KJM

    vs.

ROBERT BINGHAM,

    Defendant.    <u>ORDER</u>

         Plaintiffs have moved for expedited discovery in this action. A preliminary injunction was entered by the District Court on July 9, 2010. Plaintiffs request expedited discovery to determine whether defendant still possesses trade secret information, which possession underlies the preliminary injunction. Good cause appearing, IT IS HEREBY ORDERED that plaintiffs' motion for expedited discovery (docket no. 12) is granted. Plaintiffs are granted leave to conduct the deposition as noticed in Exhibit A to plaintiffs' motion and to propound discovery as set forth in Exhibit B to plaintiffs' motion.

DATED: July 22, 2010.

                                                U.S. MAGISTRATE JUDGE

006 wyndham.expdisc