MENNEMEIER, GLASSMAN & STROUD LLP
MARGARET CAREW TOLEDO (SBN 181227)
KELCIE M. GOSLING (SBN 142225)
980 9th Street, Suite 1700
Sacramento, California 95814
Telephone: (916) 553-4000
Fax No.: (916) 553-4011

Attorneys for Plaintiffs WYNDHAM RESORT DEVELOPMENT CORPORATION and WYNDHAM VACATION RESORTS, INC.

ROBERT BINGHAM
1537 49th Street
Sacramento, California 95819
Telephone: (916) 402-0200

Defendant, In Propria Persona

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WYNDHAM RESORT DEVELOPMENT CORPORATION and WYNDHAM VACATION RESORTS, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>ROBERT BINGHAM,<br><br>Defendant. | CASE NO. 2:10-cv-01556-GEB-KJM<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING CONTINUANCE OF STATUS (PRETRIAL SCHEDULING) CONFERENCE SET FOR NOVEMBER 15, 2010** |

Plaintiffs Wyndham Resort Development Corporation and Wyndham Vacation Resorts, Inc. (collectively, "Wyndham"), by and through their counsel of record, and Defendant Robert Bingham ("Bingham"), in propria persona, do hereby agree and stipulate as follows:

1. The Status (Pretrial Scheduling) Conference currently set for November 15, 2010, shall be continued for a minimum of 30 days to a date that is convenient for the Court. The deadline for the parties to submit their Joint Status Report also shall be continued to a date 14 days prior to the continued Scheduling Conference.

2. There is good cause to continue the Scheduling Conference. The parties are actively engaged in settlement discussions. Both sides believe that they will be able to reach a settlement within the next two weeks.

Dated: October 27, 2010                             MENNEMEIER, GLASSMAN & STROUD LLP


                                    By:     /s/  Margaret Carew Toledo
                                            Margaret Carew Toledo, Attorney for Plaintiffs
                                            Wyndham Resort Development Corporation and
                                            Wyndham Vacation Resorts, Inc.

Dated: October 27, 2010                             ROBERT BINGHAM


                                    By:     /s/ Robert Bingham
                                            Defendant Robert Bingham, In Propria Persona

The pretrial scheduling conference, currently set for November 15, 2010, is rescheduled for December 13, 2010, at 9:00 a.m. A joint status report shall be filed fourteen days prior to the hearing.

IT IS SO ORDERED.

**Date:  10/28/2010**

_____
GARLAND   E.   BURRELL,   JR.
United States District Judge