MENNEMEIER, GLASSMAN & STROUD LLP
MARGARET CAREW TOLEDO (SBN 181227)
KELCIE M. GOSLING (SBN 142225)
980 9th Street, Suite 1700
Sacramento, California 95814
Telephone: (916) 553-4000
Fax No.: (916) 553-4011

Attorneys for Plaintiffs WYNDHAM RESORT
DEVELOPMENT CORPORATION and
WYNDHAM VACATION RESORTS, INC.

ROBERT BINGHAM
1537 49th Street
Sacramento, California 95819
Telephone: (916) 402-0200

Defendant, In Propria Persona

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WYNDHAM RESORT DEVELOPMENT CORPORATION and WYNDHAM VACATION RESORTS, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> ROBERT BINGHAM, <br><br> Defendant. | CASE NO. 2:10-cv-01556-GEB-KJM <br><br> **FINAL JUDGMENT** |

     Following a stipulation, filed herein, by and between Plaintiffs Wyndham Resort Development Corporation and Wyndham Vacation Resorts, Inc. (collectively, "Plaintiffs") and Defendant Robert Bingham ("Defendant"), the Court is fully informed and finds:

     1.    The Court has jurisdiction pursuant to 28 U.S.C. § 1332(a).

     2.    Venue is proper in this District pursuant to 28 U.S.C. § 1391(a).

     3.    Defendant has admitted the allegations of the complaint in this action.

     4.    The parties have entered into a stipulation in which Defendant agrees (1) that

1 Defendant shall pay Plaintiffs the sum of $40,000; and (2) that Defendant shall be enjoined from
2 disclosing or using any and all trade secret, proprietary or confidential information belonging to
3 Plaintiffs or known to Defendant by virtue of his employment with Plaintiffs, including but not
4 limited to all lists of, and information pertaining to Plaintiffs' customers, owners or members.

5 NOW THEREFORE IT IS ORDERED, ADJUDGED AND DECREED that judgment is
6 hereby entered against Defendant Robert Bingham in the amount of $40,000.

7 IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Defendant Robert
8 Bingham, his agents, servants, employees and attorneys, and all those in active concert or
9 participating with him, are hereby permanently enjoined and prohibited from disclosing or using
10 any and all trade secret, proprietary or confidential information belonging to Plaintiffs Wyndham
11 Resort Development Corporation dba WorldMark by Wyndham and Wyndham Vacation Resorts,
12 Inc. or known to Defendant by virtue of his employment with Plaintiffs, including but not limited
13 to all lists of, and information pertaining to, Plaintiffs' customers, owners or members.

14 The parties shall be responsible for their own legal fees, costs and expenses.

**Date:  11/10/2010**

_[signature]_
GARLAND E. BURRELL, JR.
United States District Judge